IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| L. BYRON PATTON, III, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JAMIE RHEE, in her official capacity as )<br>Commissioner of the Department of )<br>Aviation; ANDREW VELASQUEZ III, )<br>in his individual capacity; TAMARA )<br>MAHAL, in her individual capacity; and the )<br>CITY OF CHICAGO, as a municipal )<br>Corporation and as an indemnitor, )<br>)<br>Defendants. ) | Case No. 20 C 0076<br><br>Hon. Judge Thomas M. Durkin |

**DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO
FILE THEIR REPLY IN FURTHER SUPPORT OF THEIR MOTION TO DISMISS**

Defendants JAMIE RHEE, ANDREW VELASQUEZ III, TAMARA MAHAL, and the CITY OF CHICAGO (collectively "Defendants"), through their attorney, Mark A. Flessner, Corporation Counsel for the City, respectfully request this Court enter an order extending the time for the Defendants to file their Reply in Further Support of their Motion to Dismiss by 21 days, or until July 27, 2020. In support of their motion, Defendants state as follows:

1.  On January 5, 2020, Plaintiff, a former employee of the City, filed a Complaint alleging race discrimination under Title VII, 42 U.S.C. § 1981, and the Illinois Human Rights Act ("IHRA") and age discrimination under the Age Discrimination in Employment Act of ("ADEA") and the IHRA, retaliation under the Illinois Whistleblower Act. (ECF No. 1.)

2.  On January 30, 2020, Plaintiff filed an Amended Complaint alleging similar causes of action with additional alleged bases for his claims of retaliation (the "Amended Complaint"). (ECF No. 15.)

3. On March 16, 2020, this Court entered an order granting Defendants leave to file a motion to dismiss the Amended Complaint by close of business that day, with Plaintiff's response to the motion to dismiss due by April 6, 2020, and Defendants' reply due by April 20, 2020. (ECF No. 23.)

4. That same day, on March 16, 2020, Defendants filed their Motion to Dismiss Counts I, II, III, IV, V and VI, and Portions of Count VII of the Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6) (the "Motion"). (ECF No. 24.)

5. Due to the General Order 20-0012 Regarding the COVID-19 Public Emergency and its subsequent amendments, the briefing dates were extended by various amounts of time with Plaintiff's response to the Motion ultimately becoming due by June 22, 2020, and Defendants' reply due by July 7, 2020. (*See* ECF Nos. 25, 25, and 28.) On June 22, 2020, Plaintiff filed his response to the Motion. (ECF No. 31.)

6. Given the additional time allowed by the COVID-19 orders for Plaintiff to file his response, the breadth of issues in the Motion and the response, a federal holiday included in the Defendants' two-week timeframe in which to file their reply, and additional matters causing delays in addressing this briefing, Defendants respectfully request an additional twenty-one (21) days, up to and including July 27, 2020, to file their reply brief.

7. Defendants bring this motion in good faith and not for the purpose of improper or undue delay.

**WHEREFORE**, the Defendants respectfully request this Honorable Court grant them an additional twenty-one (21) days, up to and including July 27, 2020, to file their Reply in Further Support of their Motion to Dismiss.

Dated:  June 29, 2020

Mark. A. Flessner,

Corporation Counsel of the City of Chicago

By:  /s/ *Kristen Woytowicz*
KRISTEN WOYTOWICZ
Assistant Corporation Counsel

City of Chicago, Department of Law
Employment Litigation Division
30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-0428
Kristen.woytowicz3@cityofchicago.org

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on June 29, 2020, a copy of the foregoing Defendants' Motion for an Extension of Time to File their Reply in Further Support of their Motion to Dismiss was electronically filed with the Clerk of the Court by using the CM/ECF System, which will send notice to counsel of record.

Respectfully Submitted,

By:    /s/ *Kristen Woytowicz*
KRISTEN WOYTOWICZ